Attorneys for Plaintiff, Ernest Wayman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 06 2261 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Plaintiff Name(s), Ernest Wayman<br><br>                    Plaintiffs,<br><br>        vs.<br><br>Pfizer, Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, ERNEST WAYMAN, and Defendants, PFIZER, INC., et al. by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: January 17, 2009

By: /s/ Peter L. Kaufman
Peter L. Kaufman
Attorneys for Plaintiff, Ernest Wayman

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1

2   DATED: August 6, 2009        GORDON & REES

3
                                 By: _____/s/_____
4                                    Stuart M. Gordon
                                     Attorneys for Defendants
5

6

7
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
8   IT IS SO ORDERED.**

9

10  Dated: AUG 1 7 2009

11                               Hon. Charles R. Breyer
                                 United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**